UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS PETILLO, JR., | No. 2:16-cv-2586 KJN P |
| Petitioner, | |
| v. | ORDER |
| FEDERAL BUREAU OF INVESTIGATION ("FBI"), | |
| Respondent. | |

Petitioner is a state prisoner, proceeding without counsel. On November 29, 2016, petitioner's copy of the court's new case documents were returned as undeliverable, marked "No CDC Number." However, petitioner's mailing address contains petitioner's CDCR number: "AU5662," and inmate locator reflects that petitioner remains housed at Mule Creek State Prison. Thus, the Clerk of the Court is directed to re-serve the new case documents on petitioner at his current address. In light of this re-service, petitioner is granted an extension of time to file objections to the November 9, 2016 findings and recommendations.

Also, on November 30, 2016, petitioner filed an unintelligible request. However, to the extent that petitioner is attempting to claim that prison officials are failing to protect him, he must seek such relief through a civil rights complaint.

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall re-serve the new case documents on petitioner, CDCR #AU5662, at his address of record;

2. Petitioner is granted fourteen days in which to file objections to the findings and recommendations; and

3. The Clerk of the Court is directed to send petitioner the form for filing a civil rights action by a prisoner.

Dated:  December 7, 2016

/peti2586.111

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE